**913-15** Court of Criminal Appeals

CoA. No. 08-13-00337-CR

Tr. Ct. No. CR 12456

ORIGINAL

~~RECEIVED IN~~
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

NOV 19 2015

Abel Acosta, Clerk

11/12/15

ON 11/10/15 I received your ~~notice~~ dated 11/4/15 stating;
"Appellant's Pro Se petition for discretionary review has been dismissed as untimely filed"

ON 10/19/15 between 12:30 a.m. and 3:00 am I placed my petition, signed and dated, in the mail box here

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

at Allred unit. Please note the following;

## -MAIL BOX RULE-

Normally "filing" means the time when the clerk of court actually receives a document. However, Pro Se inmates can use the Mail box rule. This rule treats your Legal document as "_filed_" when you give it to jail or prison officials for mailing ~~etc.~~ (Huston v. Lack 487 U.S. 266, 108 S.Ct. 2379) see also (Lyons-Bey v. Pennell, 93 F.App'x 732 6th cir 2004)

The Law Library/mail Room picked it up on the morning of 10/19/15 at about 5:00 am. I requested

to them to what day it was sent out. Their response to me was, it was sent out on 10/20/15. As you can see, due to the mail box rule for Pro Se inmates, My Pro Se petition for discretionary review was actually filed on 10/19/15. That was the day my petition was to be filed. ~~try~~ So as you can see My Pro Se petition for discretionary review was filed in a timely fashion. Due to that fact, I need my Pro Se petition for discretionary review processed and presented to the Court to be ruled on.

Thank You.

D. Kelley

P.S. If there is any Kind of statements or documents needed from me or the Law Library/Mail room here at TDCJ Allred Unit, Please let me KNOW. I need this petition to be ruled on.

Respectfully
David Kelley 1886975
J.A. Unit 4F-21B
2101 FM 369 N.
Iowa Park, TX. 76367

David Kelley 1886475
JA. Unit 4F-21B
2101 Fm 369 N.
Iowa Park, TX. 76367

(Legal)

NORTH TEXAS TX FMC
DALLAS TX 750
17 NOV 2015 PM 13 L

The Court of Criminal Appeals
c/o Abel Acosta, Clerk
P.O. Box 12308, Capital Station
Austin TX. 78711

787112308808